**David NOVAK, Plaintiff-Appellant,**

v.

**STATE of Arizona, Defendant-Appellee.**

**No. 16-15063**

United States Court of Appeals, Ninth Circuit.

Submitted October 25, 2016 *

Filed November 3, 2016

David Novak, pro se, Fountain Hills, AZ, for Plaintiff-Appellant.

Before: LEAVY, GRABER, and CHRISTEN, Circuit Judges.

MEMORANDUM **

David Novak appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging constitutional violations arising from his state criminal conviction. We have jurisdiction under 28

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915(e)(2). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We may affirm on any basis supported by the record. *Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121 (9th Cir. 2008). We affirm.

Dismissal with prejudice of Novak's action against the State of Arizona was proper because it is barred by the Eleventh Amendment. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100, 104 S.Ct. 900, 79 L.Ed.2d 67 (1984) (holding that in the absence of consent, a suit against the State is proscribed by the Eleventh Amendment).

The district court did not abuse its discretion by denying Novak leave to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1130–31 (9th Cir. 2000) (en banc) (setting forth standard of review and explaining that leave to amend should be given unless the deficiencies in the complaint cannot be cured by amendment).

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.